# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUCHICELA GALVEZ,<br><br>         Plaintiff,<br><br>  vs.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>         Defendant. | CASE NO. 18cv633-LAB (AGS)<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS** |

  Duchicela Galvez filed a motion to proceed in forma pauperis in her action against Wells Fargo for claims related to her mortgage. Courts may authorize litigants to proceed without paying when they can't afford the filing fee. 28 U.S.C. § 1915. While the Court is sympathetic that Galvez's partner is in jail, and she doesn't have much to spare after paying her expenses, she makes $4,100 a month. She hasn't shown the filing fee would prevent her from providing her family "with the necessities of life." *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948). Galvez must pay the $400 filing fee by May 5, 2018, or her case will be dismissed. The Court reminds Galvez that federal courts have limited jurisdiction to hear cases arising under federal law, or between citizens of different states for disputes worth more than $75,000. 28 U.S.C. §§ 1331, 1332. Galvez must ensure her complaint belongs in federal court, as opposed to state court, before paying the filing fee.

  **IT IS SO ORDERED**.

Dated: April 4, 2018

                           _____
                           **HONORABLE LARRY ALAN BURNS**
                           United States District Judge