# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUCHICELA GALVEZ, <br> Plaintiff, <br> vs. <br> WELLS FARGO BANK, N.A., et al., <br> Defendant. | CASE NO. 18cv633-LAB (AGS) <br> **ORDER OF DISMISSAL** |

Wells Fargo filed a motion to dismiss and the Court set a hearing date for July 16, 2018. Galvez needed to file an opposition by July 2, 2018. CivLR 7.1. She didn't. The Court construes her failure to oppose as consent to granting the motion. Standing Order § 4. The complaint is dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: July 6, 2018

**HONORABLE LARRY ALAN BURNS**
United States District Judge